**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FURUNO ELECTRIC CO., LTD., | ) | 09-cv-03601 (MJD/AJB) |
| FURUNO U.S.A., INC., | ) | |
| NAVICO HOLDING A.S., | ) | |
| NAVICO, INC., | ) | |
| RAYMARINE PLC, and | ) | |
| RAYMARINE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING RAYMARINE PLC**

WHEREAS plaintiff Honeywell International Inc., Defendant Raymarine PLC, and Defendant Raymarine, Inc. filed a stipulation regarding the dismissal without prejudice of the Raymarine PLC entity (Docket No. 57);

IT IS HEREBY ORDERED that:

Defendant Raymarine PLC is hereby DISMISSED WITHOUT PREJUDICE.

Dated April 8, 2010                    BY THE COURT:

                                       s/Michael J. Davis
                                       The Hon. Michael J. Davis
                                       Chief Judge, United States District Court
                                       District of Minnesota