# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HONEYWELL INTERNATIONAL, INC.,

        Plaintiff,


v.
                         **ORDER**
                         Civil File No. 09-3601 (MJD/TNL)

NAVICO INC., and
RAYMARINE, INC.,

        Defendants.

This matter is before the Court on Plaintiff's Motion to Lift Stay. [Docket No. 121] On July 30, 2010, this Court stayed this patent case pending resolution of reexamination proceedings before the United States Patent and Trademark Office. [Docket No. 108]

On June 18, 2012, Plaintiff filed the current motion to lift the stay because the reexamination process has been completed. Defendants agree that the stay should be lifted.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Lift Stay [Docket No. 121] is **GRANTED**.
   The stay is lifted.

1

2. The parties are ordered to contact the Chambers of Magistrate Judge Leung to schedule a renewed Pretrial Conference for this case.

3. The parties shall file an amended Rule 26(f) Report and proposed schedule as outlined in Local Rule Form 4 and Local Rule 16.2 at least seven days before the renewed Pretrial Conference, unless otherwise ordered by Magistrate Judge Leung.


Dated:   August 6, 2012                    s/ Michael J. Davis
                                           Michael J. Davis
                                           Chief Judge
                                           United States District Court